# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL SCOTT LOVELY,

        PLAINTIFFS,

        v.

STATE OF WASHINGTON, et al.

        DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5625FDB

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Motion for Dismissal or Summary Judgment by Defendants State of Washington and Bainbridge Island [Dkt. # 61] is **GRANTED**. Plaintiff's claims in this matter are **DISMISSED WITH PREJUDICE**.

 January 5, 2010                                                                    BRUCE RIFKIN
                                                                                                                    Clerk

                                                                                                            /s/ Pat LeFrois
                                                                                                            Deputy Clerk